IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CHRISTOPHER GLASS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:14-cv-32 |
| | ) JUDGE HAYNES |
| MAURY COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR STAY**

Comes Defendants Maury County Jail, Enoch George, and Debra Wagonschutz (incorrectly named "Debra L/N/N"), and moves the Court for entry of an Order staying the above-styled case consistent with the Court's Order entered in *Germontric Driver v. Enoch George, et al.*, Docket No. 1:12-cv-0054 (D.E. No. 29) in which the Court stayed numerous pro se inmate cases alleging issues with the conditions of confinement at the Maury County Jail. The claims in this action contain claims common to claims filed by Plaintiff Driver and five others in which the Plaintiffs are represented by counsel. The other five cases are as follows: *Daniel Adam Jones v. Maury County Hospital, et al.*, Docket No. 1:12-cv-88, *Larry McGuire v. Enoch George, et al.*, Docket No. 1:12-cv-82, *Justin Mack McKennon, et al. v. Enoch George, et al.*, Docket No. 1:12-cv-95, *Cyon Sept v. Enoch George, et al.*, Docket No. 1:12-cv-85, *James Andrew Wall v. Enoch George et al.*, 1:12-cv-118.